**Order entered June 15, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00952-CR

### KADARIUS DEMOND BARRETT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00170-S**

## ORDER

We **REINSTATE** this appeal.

On March 30, 2021, we abated this appeal and ordered the trial court to hold a hearing to determine why appellant's brief, initially due January 29, 2021, had not been filed. To date, the trial court has not responded to the Court's order or inquiries on the status of the hearing, and we have had no communication from appointed counsel J. Daniel Oliphant Jr.

We **ORDER** appointed counsel J. Daniel Oliphant Jr. to file appellant's brief **BY 5:00 P.M. on July 12, 2021**.  MR. Oliphant is cautioned that the Court will not entertain any further motions from him for any extensions of time in this case.  **If Mr. Oliphant does not file a brief by 5:00 p.m. on July 12, 2021, the Court take whatever action it deems appropriate, including initiating contempt proceedings against him for the failure and refusal to obey the Court's order, removing Mr. Oliphant from the appeal, or filing a grievance against him and referring this matter to the State Bar of Texas Commission for Lawyer Discipline for further proceedings.** *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens, Presiding Judge, 282nd Judicial District Court; J. Daniel Oliphant Jr.; to the Dallas County District Attorney; and to Kadarius Demond Barrett, TDCJ #02325611, Coffield Unit, 2661 FM2054, Tennessee Colony, TX 75884.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE